

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-26-00003-CV

**IN RE** Jackie **SANCHEZ**

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

Relator filed her petition for writ of mandamus on January 2, 2026. Having reviewed the petition and accompanying record, this court has determined that relator has not established that she is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 14, 2026.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CI07022, styled *In the Interest of D.J.Y., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.